UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUNAY MIRIYEVA,<br><br>                              Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP & IMMIGRATION SERVICES, *et al.*,<br><br>                              Defendant. | Case No.: 20-CV-2496 JLS (BGS)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 12) |

Presently before the Court is Defendants' Motion to Dismiss for Failure to State a Claim or Alternatively for Summary Judgment (ECF No. 12). On its own motion, the Court **VACATES** the hearing currently set for May 27, 2021 and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: May 21, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge