UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUNAY MIRIYEVA,<br><br>         Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP & IMMIGRATION SERVICES, *et al.*,<br><br>         Defendant. | Case No.: 20-CV-2496 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND TO USCIS**<br><br>(ECF No. 24) |

  Presently before the Court is the Parties' Joint Motion to Remand to United States Citizenship and Immigration Services ("USCIS") (ECF No. 24).  Good cause appearing, the Court **GRANTS** the Joint Motion.  Based on the Parties' agreement, the Court **REMANDS** this matter to USCIS.  The Court **ORDERS** USCIS to grant Plaintiff Gunay Miriyeva's naturalization application and to provide her with a naturalization oath ceremony <u>within fourteen (14) days</u> of the date of this Order, barring a material change in Plaintiff's eligibility for naturalization between now and the date of the oath ceremony.

  Defendants shall not be required to file an answer to the Complaint.  The Court shall retain jurisdiction to enforce this Order and to adjudicate Plaintiff's naturalization

///

application if Plaintiff is not provided with an oath ceremony as contemplated by this Order. Each Party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: April 13, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge